# CHARGES AND PENALTIES

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 15, 2022

SEAN F. McAVOY, CLERK

**CASE NAME:** JEREMY OBEDIHA HENDRICKS      **CASE NO.** 4:22-MJ-07218-ACE-1

TOTAL # OF COUNTS: 1    ✓ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|-------|---------|------------------------|---------|
| 1 | 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) | Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine | CAG not less than 10 years up to a life term; a fine not to exceed $10,000,000; not less than 5 years up to a life term of supervised release; a $100 special penalty assessment; removal from the United States; denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862A |